1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT FOR THE

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL R. PEREZ,                              1:08-cv-00466-OWW-SMS (PC)

12              Plaintiff,                         ORDER DISREGARDING
                                                   APPLICATION TO PROCEED
13   vs.                                           IN FORMA PAUPERIS
                                                   AS MOOT
14   KEN CLARK, et al.,
                                                   (DOCUMENT #11)
15              Defendants.

16   _____/

17          On September 11, 2008, Plaintiff filed an application to proceed in forma pauperis.  Plaintiff

18   was granted leave to proceed in forma pauperis on June 18, 2008.  Accordingly, Plaintiff's

19   application is HEREBY DISREGARDED AS MOOT.

20

21   IT IS SO ORDERED.

22   **Dated:    September 23, 2008**            _____/s/ Sandra M. Snyder_____
                                                 UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28